**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

EDWARD HOWARD COOPER, JR.,  )
            )
  Plaintiff,      )
            )
v.           )  Case No. 1:25-cv-407
            )
OFFICER JEFFREY BURTON and )
OFFICER STEVAN SCHULIEN,  )
            )
  Defendants.     )

**NOTICE OF REMOVAL**

The defendants, Officer Jeffrey Burton and Officer Stevan Schulien, by counsel, and pursuant to 28 U.S.C. §§1441 and 1446, hereby file their "Notice of Removal". In support of this "Notice of Removal", these defendants state:

1.  On July 10, 2025, an action was commenced by Edward Howard Cooper, Jr., plaintiff, against defendants Officer Jeffrey Burton and Officer Stevan Schulien in the Allen Superior Court. The case was assigned a Cause Number of 02D02-2507-CT-442. The defendants received a copy of the Summons and Complaint on or about July 12, 2025. Copies of the Complaint and Summons are attached as Exhibits "A" and "B".

2.  On July 23, 2025, attorney Carolyn M. Trier filed her written Appearance in the Allen Superior Court on behalf of defendants Officer Jeffrey Burton and Officer Stevan Schulien. A copy of defense counsel's written Appearance is attached as Exhibit "C".

3.  A copy of the Chronological Case Summary (or docket sheet) for the Allen Superior Court, Cause No. 02D02-2507-CT-442 is attached as Exhibit "D".

4. This lawsuit is one over which this Federal District Court has original jurisdiction under the provisions of 28 U.S.C. §1331 ("Federal Question" Jurisdiction) and is one which may be removed to this Court by the defendants pursuant to 28 U.S.C. §§1441 and 1446 (since it is a civil action arising under the Constitution, Laws, or Treaties of the United States).

5. The plaintiff is claiming that his First and Fourth Amendment rights under the United States Constitution were violated. (Complaint, paras. 1, 21, 22, and 24). The plaintiff is alleging false arrest, unconstitutional seizure, and unlawful and excessive force, all of which are in violation of the United States Constitution. (Complaint, paras. 20, 21, 22, 23, and 24). The plaintiff is also claiming physical pain, emotional distress, mental anguish, false arrest, and retaliation, as well as damage to his bike and clothes, loss of jewelry, and other damages. (Complaint, para. 23). The plaintiff is also seeking punitive damages. (Complaint, para. 24).

6. Upon filing this "Notice of Removal", the defendants have paid the required filing fee of Four Hundred and Five Dollars and No Cents ($405.00).

7. The defendants, Officer Jeffrey Burton and Officer Stevan Schulien, are represented by Carolyn M. Trier. This is the "Notice of Removal" of the defendants.

8. This "Notice of Removal" is timely filed in Federal District Court (as such filing is made within 30 days after receipt of the initial pleading/summons by the first-served defendant).

WHEREFORE, the defendants, Officer Jeffrey Burton and Officer Stevan Schulien, respectfully request that the action now pending against them in the Allen Superior Court, Fort Wayne, Indiana (under Cause No. 02D02-2507-CT-442), be removed therefrom to this Court.

Respectfully submitted,

**TRIER LAW OFFICE, LLC**


/s/Carolyn M. Trier
Carolyn M. Trier, Esq. #15581-02
P.O. Box 5528
Fort Wayne, IN  46895
Telephone: (260) 485-7000
Fax: (260) 485-7003
E-mail: carolyntrier@trierlaw.com
ATTORNEY FOR DEFENDANTS


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of July 2025, a true and correct copy of the foregoing document was served to all counsel of record herein by CM/ECF electronic case filing system as follows:

Christopher C. Myers, cmyers@myers-law.com
Myers Wallace LLP
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802


s/Carolyn M. Trier
Carolyn M. Trier

3